# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

CERTIFIED COPY
A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

**FINAL JUDGMENT**

April 24, 2025

Before

THOMAS L. KIRSCH II, *Circuit Judge*
JOHN Z. LEE, *Circuit Judge*
JOSHUA P. KOLAR, *Circuit Judge*

| | |
|---|---|
| No. 24-1739 | CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND and CHARLES A. WHOBREY,<br>    Plaintiffs - Appellants<br><br>v.<br><br>EVENT MEDIA INC., doing business as COMPLETE CREWING,<br>    Defendant - Appellee |
| No. 24-1740 | EVENT MEDIA INC., doing business as COMPLETE CREWING,<br>    Plaintiff - Appellee<br><br>v.<br><br>CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND,<br>    Defendant - Appellant |
| No. 24-1741 | PACK EXPO SERVICES, LLC,<br>    Plaintiff - Appellee<br><br>v.<br><br>CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND,<br>    Defendant - Appellant |
| No. 24-1742 | CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND and CHARLES A. WHOBREY,<br>    Plaintiffs - Appellants |

|  | v. |
|---|---|
|  | PACK EXPO SERVICES, LLC, <br> Defendant - Appellee |

| **Originating Case Information:** |
|---|
| District Court No: 1:22-cv-06133 |
| Northern District of Illinois, Eastern Division |
| **Originating Case Information:** |
| District Court No: 1:22-cv-06143 |
| Northern District of Illinois, Eastern Division |
| **Originating Case Information:** |
| District Court No: 1:22-cv-06471 |
| Northern District of Illinois, Eastern Division |
| **Originating Case Information:** |
| District Court No: 1:22-cv-06553 |
| Northern District of Illinois, Eastern Division |

The judgment of the District Court is AFFIRMED, with costs, in accordance with the decision of this court entered on this date.

*[signature: Christopher Conway]*

Clerk of Court